IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN DUNCKHURST,

    Petitioner,                    No. CIV S-10-1405 GEB EFB P

    vs.

DARREL G. ADAMS,

    Respondent.                <u>ORDER</u>

_____/

       On August 23, 2011, the undersigned issued findings and recommendations recommending that respondent's motion to dismiss be granted and the Clerk be directed to close this case. On September 22, 2011, the assigned district judge adopted that recommendation and declined to issue a certificate of appealability. Judgment was entered accordingly. Notwithstanding that judgment closing this case, petitioner filed on October 3, 2011, a request for a certificate of appealability and a request for appointment of counsel. Because this case is closed, and the court has already declined to issue a certificate of appealability, petitioner's motions are denied.

       The court will not respond to future filings by petitioner that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

       So ordered.

Dated: October 17, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE